# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-360-240**

**Effective Date of Registration:**
June 28, 2023
**Registration Decision Date:**
August 29, 2023

---

## Title

      **Title of Work:**  Wolf Mates

## Completion/Publication

    **Year of Completion:**  2004
  **Date of 1st Publication:**  December 25, 2004
**Nation of 1st Publication:**  Canada

## Author

           **Author:**  Jen Elliott
     **Author Created:**  2-D artwork
         **Citizen of:**  Canada

## Copyright Claimant

  **Copyright Claimant:**  Jen Elliott
                              4811 53rd Street Delta #307, BC, Canada, V4K 2Z3

## Rights and Permissions

              **Name:**  Jen Elliott
          **Address:**  4811 53rd Street #307
                             Delta, BC V4K 2Z3 Canada

## Certification

              **Name:**  Daniel Lachman, Authorized Agent
               **Date:**  June 28, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-854**

**Effective Date of Registration:**
June 28, 2023
**Registration Decision Date:**
August 25, 2023



## Title

**Title of Work:** Dragon Dance

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 05, 2005
**Nation of 1st Publication:** Canada

## Author

**Author:** Jen Elliott
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Jen Elliott
4811 53rd Street Delta, #307, British Columbia, V4K 2Z3, Canada

## Rights and Permissions

**Name:** Daniel Lachman
**Email:** danlachman@gmail.com
**Telephone:** (240)535-8160
**Address:** 7168 Ruane St
San Diego, CA 92119 United States

## Certification

**Name:** Daniel Lachman
**Date:** June 28, 2023

Page 1 of 2

